Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2021

JEFFREY P. COLWELL
CLERK

_Michael A. Camden_

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

_Hillary Lamb  Tyler Torello_
_Wal Mart Inc._

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Michael A. Camden_ |
| Street Address | _815 E Goddard Ave_ |
| City and County | _Trinidad Las Animas_ |
| State and Zip Code | _Colorado  81082_ |
| Telephone Number | _806 886 6932_ |
| E-mail Address | _mfluckelucke@gmail.com_ |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | _Wal-Mart Inc_ |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | _Trinidad Las Animas_ |

Page of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

State and Zip Code      *Colorado       81082*
Telephone Number
E-mail Address *(if known)*

Defendant No. 2
Name                    *Hillary Lamb*
Job or Title *(if known)*
Street Address
City and County         *Trinidad       Las Animas*
State and Zip Code      *Colorado       81082*
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name                    *Tyler Torrello*
Job or Title *(if known)*  *Asset Protection Asst. Store Manager*
Street Address
City and County         *Trinidad       Las Animas*
State and Zip Code      *Colorado           87082*
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name                    *Wal-Mart Global Ethics Committee*
Job or Title *(if known)*
Street Address          *702 S.W. 8th St.*
City and County         *Bentonville*
State and Zip Code      *AR*
Telephone Number        *479 273 4000*
E-mail Address *(if known)*

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                    *Wal-Mart Inc*
Street Address          *2921 Toupal Dr*
City and County         *Trinidad       Las Animas*
State and Zip Code      *Colorado       81082*
Telephone Number        *719   846   4477*

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

1 Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim          SEE ATT

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.
☒   Termination of my employment.
☐   Failure to promote me.
☒   Failure to accommodate my disability. / or UNDERSTAND MY disabilities
☒   Unequal terms and conditions of my employment.
☒   Retaliation.
☐   Other acts *(specify)*: HARASMENT / HOSTILE WORK ENV.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) AUG 5TH 2020 / OCT. 2020

C.   I believe that defendant(s) *(check one)*:
☐   is/are still committing these acts against me.
☐   is/are not still committing these acts against me.

1 Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒  race _____

☐  color _____

☒  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒  disability or perceived disability *(specify disability)*

WHITE MATTER DIEASE, PTSD, ANXITYEIS PARNOID P

E.  The facts of my case are as follows.  Attach additional pages if needed. I Tried to do right
Things report something that I thought was needing
to be addressed. What I got for speaking up is terminated!
The first fact is "LACK OF DUTY" BY HILLARY LAMB FOR
NOT DOING WHAT WAS NEEDED DONE. (1) she should have let
me know they were investating the matter. She should have
executed the PLAN WALMART HAS. MR TORTADO WAS Looking
For something to fire me for thus way would he keep looking back on every credit
*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of* CARD TSA
*your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the*
*relevant state or city human rights division.)* SEE ATTACHe

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or
my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct
on *(date)* ~~First Chrge~~ I First Reported IT 10-20 sometime
Happened and 4-26-21 is day that is on wessite

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☒  issued a Notice of Right to Sue letter, which I received on *(date)* Aug 18th.
*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment*
*Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $21,000,000.00

Actual $750,000 is the Amount of money I lost because income was gone and lost land I bought and was developing the rest is punitive damages and I feel the amount is just because the mental/physical issues that are still going on and never will leave me and my family

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-17-2021

Signature of Plaintiff    _____

Printed Name of Plaintiff    Michael Camden

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney   _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Michael Camden
P.o. box 343 c/o sydney camden
Trinidad, CO 81082

From: Denver Field Office
950 17th St.
Suite 300
Denver, CO 80202

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | | |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Helbis Varangot     For:                                                        **August 18, 2021**

Enclosure(s)

Amy  Burkholder,
**Field Office Director**

*(Date Mailed)*

cc:     WALMART STORE 0962
        Walmart  c/o Littler Mendelson, P.c.

# STATEMENT OF CLAIM

WAL-MART INC. REASON IS THEY lacked INSITIONAL control OVER THE STORE MANGER. THEY HAVE MISREPENSED themselves TO EEOC And MYSELF.

They withheld money That I should HAVE GOT WITH PROMOTION

RETALATION/WRONGFUL TERMINATION/ I FOUND
I DIDN'T TAKE/STEAL 20.00 WHEN OFF
Clock and got Fired

HILARY LAMB - She discriminated aGAINST me because I WAS A MAN And she FELT THAT IT WAS NT IMPORTANT TO Address SITUATION. UNTIL 3+ WEEKS And ONLY AFTER GLOBAL ethics TURNED IT OVER TO her STORE MANGER

TYLER TORELLO - He WAS WANTING TO FIND SOMETHING TO FIRE me FOR.
IF NOT WHY did He MISSREPSENT THE FACTS.
I TOLD Him WHAT HAPPENED WHEN I WAS CALLED INTO OFFICE ABOUT the $20.00 I TOLD Him Lady LEFT IT
I GAVE THE $20 BACK TO WAL-MART
HE ALSO HEARD WHAT MRS LAMB SAID ABOUT IF A WOMAN WOULD HAVE REPORT IT She WOULD HAVE ENTERED IT IN RIGHT AWAY
Did NOTHING TO REMOVE PEOPLE LEAD WHILE INVESTG

STATEMENT OF CLAIM

Didn't talk to the gentlemen until I believe it was when they disciplined him on Oct, 15 2020 that is a long time to discipline. For what reason? Race. If it wasn't race then what happened the people lead kept his actions the same because he thought he wasn't being investigated for any reason when he was aware tried to break off relations with lady and she didn't like it and reported relationship to mangement. I got fired the next day after I found 2000 when I was off the clock he doesn't get disciplined for month and half since I talked to store manger first and 2 1/2 months since making comment

I got fired for being at the wrong place at wrong time. A person should'nt be fired for giving the money back that wasnt no fault of his.

STATEMENT OF CLAIM

NEGILANCE / HARASSMENT

MR TORELO AND MRS LAMB KNEW THAT
THEY DIDNT HANDLE THE MATTER I
REPORTED AND I ALSO KNEW THAT
HOW I WAS TREATED AND TI
WASNT THE WAY
A PERSON SHOULD BE TREATED.
I TOLD THEM BOTH THAT I WAS

GOING TO MAKE SURE THAT NO ONE

SHOULD HAVE TO WAIT 3 WEEKS WHILE

WANDERING WHY NOONE IS COMMUCATING
AND WHY IS THE PERSON IN QUESTION
NOT DISPLINED/OR DISPLINAYED

I ~~xxxxxx~~ TOLD THE PERSONEL MANG
STORE MANAGER I HAD ISSUES WHEN I REPORTED
WHAT I DID. SO WAL-MART CLAIMS
OF NOT KNOWING ABOUT MY HEALTH IS
WRONG.

DISCRIMINATION RACE:
THE FACTS ARE THAT DURING THE TIME
OF REMARKS AND ME REPORTING IT. THE
WHOLE COUNTRY WAS GOING TROUGH THE
RIOTS, PROTEST OF THE DEATH OF BLACK GENTLEM
AT THE HANDS OF POLICE. WHICH WAS TERRIBLE
HOW THE GENTLMEN WAS TREATED
THE ONLY THING WE HEARD IS BLACK LIVES
MATTER. THE PEOPLE LEAD WAS BLACK AND NEW
TO POSITION AND I DON'T KNOW WHITHER

TO CLERK OF COURT

MY APOLGIZES FOR THE
MANNER OF WHICH THE
COMPLANT LOOKS, I HAVE HEALTH
ISSUES AND TIRED TO DO THIS
ALL BY SELF. I COULDNT GET
OF FIND ANY HELP I WOULD LIKE
TO FILE COMPLAINT THAT IS WITH THIS LETTER

SORRY & THANK YOU

MICHAEL A CAMCLER

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This package is not for resale. © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY MAIL EXPRESS™**
OUR FASTEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 504 ) 822-6932
MICHAEL A CANNEW
515 E Goddard AVE #24
Trinidad CO 81082

TO: (PLEASE PRINT)   PHONE ( )
CLERK OF COURT
UNITED STATES DIST COURT
ATT. CLERK OF COURT
901 19TH ST DENVER CO
ZIP + 4® (U.S. ADDRESSES ONLY)   80294

PS 10001000006

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code   410-527
Scheduled Delivery Date (MM/DD/YY)   11/16/21
Postage   $22.75

Day   2-Day   Military   DPO
COD Fee   Insurance Fee

Date Accepted (MM/DD/YY)   11/16/21
Scheduled Delivery Time   10:30 AM   3:00 PM
Return Receipt Fee   Live Animal Transportation Fee

Time Accepted   10:31   AM   PM
Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees   $22.75

DELIVERY (POSTAL SERVICE USE ONLY)
Weight   lb.   oz.   Flat Rate   Acceptance Employee Initials
Delivery Attempt (MM/DD/YY)   Time   AM   PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   AM   PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EI 038 956 643 US

UNITED STATES POSTAL SERVICE®



GUARANTEED* · TRACKED · INSURED

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

# PRIORITY ★ MAIL ★ EXPRESS™

## FLAT RATE ENVELOPE
### ONE RATE ★ ANY WEIGHT*



P S 1 0 0 0 1 0 0 0 0 0 0 6

EP13F July 2013
OD: 12.5 x 9.5

**UNITED STATES POSTAL SERVICE**®

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
* For international shipments, the maximum weight is 4 lbs.