**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

**DEC 10 2021**

**JEFFREY P. COLWELL**
**CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOR

Civil Action No.  21-cv-03128-GPG
(To be supplied by the court)

Michael A. Camden _____, Plaintiff

v.

Wal-Mart Inc. _____,

Hillary Lamb _____,

Tyler Torello _____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be*

*served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Michael A. Camden 815 e Goddard ave. Trinidad, CO 81082
(Name and complete mailing address)

806-886-6932   mrluckelucke@gmail.com
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Wal-Mart Inc.   2921 Toupal Dr.  Trinidad Co 81082
(Name and complete mailing address)

719-846-4477           walmart.com
(Telephone number and e-mail address if known)

Defendant 2:   Hillary Lamb 232 Saddle rd. Trinidad Co 81082
(Name and complete mailing address)

(Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____   Other: (*please specify*) _____

**D.   STATEMENT OF CLAIM(S)**

Effec

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  1 Wal-mart &Hillary Lamb  Tyler Torello/for Harassment/ failure abiding by companies Policy and Procedures.  2  Failure of institutional control. 3  Discrimination Based on race and gender   4 Wrongful termination      5 withholding of wages earned.

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_\_ failure to hire     \_\_\_\_ different terms and conditions of employment

    \_X\_ failure to promote     \_X\_ failure to accommodate disability

    \_X\_ termination of employment     \_X\_ retaliation

    \_X\_ other: (*please specify*) __harassment__

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    \_X\_ race     \_\_\_\_ religion     \_\_\_\_ national origin     \_\_\_\_ age

    \_\_\_\_ color     \_X\_ sex     \_X\_ disability

    Supporting facts(Harassment) The defendants own policy clearly states that "lewd comments" are a form of harassment. The personal manager who was in training was told "that he was going to be missed out on floor." He responded with "to be honest the only thing I'm going to miss is checking out the ladies." I was surprised first, mad second, paranoid third, confused on what I should do. I just started on 8\3\20  on  8\5\20 is when he said statement. My wife and daughter had been working there at Walmart for almost a year and my 16 year old daughter started the same day as I did.  I was happy to go through orientation with her the first day.   This was hard for me. Am I going to be tagged snitch or would it cause tensions for my wife and daughters at work. I knew what he said was not good and I reported it knowing that I was putting myself and family at risk. The defendants did not abide by the policy and procedures that I was expecting and they say is their standards. The fact is they gave no reason why it took so long before speaking to me. Approximately 3 weeks is a not timely. This behavior the gentleman admitted to was not addressed until 10\15\2020. He said the statement on 8\5\2020.)

( notification of disabilities)
  I reported it on 8/5/20 to personal manager that was leaving the store . Told her what he said and why it bothered me. I have anxiety disorder, PTSD , paranoia disorder, white matter disease and

Effec

told her it was tripping triggers what I heard).
   (Harassment) (lack of institutional control)
  I had 3 of the 5 women in my life working at a place that had someone admittedly checking out the ladies. This is one reason why I reported it. The other was to maybe prevent something from happening further. I feel responsible what happened to a young lady who should've never been exposed to the gentleman who said statement. I should've found out the store manager's boss but I thought reporting to ethics committee was going to be enough because he ended up having sexual relations with associate. The defendants let that happen because of when they did finally talk to Tim 10/15/20 he knew he had a problem ended the relationship and she was mad and reported him. He was fired approximately 2 weeks after. This bothered me then and still does today and I spoke up was ignored then they dragged feet and things weren't dealt with fast enough to possibly prevent a lot of problems.
   ( lack of Institutional control)
I contacted ethics committee 2 weeks into this telling them what happened and what was not happening. They didn't want to do anything and kicked it back to store manager to deal with. I am wandering why? She was reason I called for ignoring me for 2 weeks and committee sends it to her to deal with. I found that to be odd for her to discipline herself and to deal with problem that she choose to ignore or hope it would go away. MS. Lamb sees me the next day after I received email from committee that she was copied on and received.
At this point she calls me in office and ask about what I reported. She told me that as soon as she heard about it she reported it to committee. If this is true then why did ethics do nothing? If she didn't know how to handle situation and kicked problem back to her was odd.
   (Gender)
 I am now starting to ask why so long 3 weeks before anyone says anything. During me questioning how things were going this bad MS lamb said " if a woman would have reported it she would have entered it right away." I immediately called her out on what she just said. She starts to backup on her statement because she knew she messed up. I said that's ok your actions backup what you just said. Because I was a man you didn't know why I would have issue with what was said by Tim. You didn't feel it important and gave no urgency to it. 3 weeks not talking says a lot.
   (Race)
 A week or more goes by I was called in again I asked if they spoke with him about what he said she said no. He was still in his position, no suspension. I'm confused about that. Why wouldn't you ask Him? I said "I'm getting impression reason is he was black and at the time of this riots and protest were happening everywhere over black lives matter and they were scared to say something". She said " oh no that's not why" Then what was reason I thought. Later I found out that a white person had applied for the same position as Tim and didn't get interviewed who was department manager the same as Tim. Why no interview?
   (Failure to accommodate disability)
 I said did you find witnesses to back up my complaint? I already stuck my neck out knowing if no witness and no confession it was my word against his and my paranoia was really making me worry. They couldn't tell me one way or the other. I said it could help my mental if I knew at least someone could back me up. They gave me no relief.
   (Retaliation) (failure to accommodate disabilities). (Wrongful termination) (withholding of wages)
 I was upset by how everything was going and told her and Tyler who was present at meeting that Effec

I was going to make sure nobody else would have to wait this long and be treated like I had been.

During this time I was made department manager of pets and paper and chemicals two weeks into my employment for Wal-Mart.

I was fired for finding $20.00 in self checkout register when I was off the clock and checking out my self when I saw the 20 put In pocket and I had 1 item scanned and paid for it. I thought I could find the lady but couldn't. I went home. The next day I was called in office I was wandering what was going on. Tyler was waiting for me talked about 20 minutes asking questions about this a that and finally he asked if anything had happened the day before at self checkout? When he said that It triggered my memory. I went on to tell him everything and who left what and Tyler said That's what was called in. I gave the 20 back at that time and told truth. Tyler said he had found that I missed a scan on dog treats one day on my personal groceries I had gotten. $3.68 I believe is what amount was. He said he was looking at every transaction that was made on my card and I was wandering why do that if you already knew it was me. Once he found out what he was looking for The 20 dollars and where it went why keep looking? They were looking to get rid of me because I was not going to let my treatment over comments that I reported go. I told Tyler and Hillary that.

It was never took into consideration my disabilities when I didn't remember what to do with the 20 dollars. They knew I had disabilities because I told them many times. They said because I left store with money is why I was fired. I was working and I found 50 or 60 dollars in self checkout and chased the customer outside and gave him the money I found. I Wasn't fired for that but was for finding $20 while off the clock and giving back. That's why I want to have jury tell me it was a just firing with no retaliation involved. Doesn't seem fair with all that was going on. (Harassment).( Failure to promote)

On top of everything else I was department manager, called to meetings for department managers, Congratulated on being department manager by Ms. Lamb and being denied the pay increase that came with position is not only wrong but malicious. I asked for the pay and was told by Tyler that he didn't know anything about it when he was terminating me. I had went to personal office a couple times in attempt to get code changed on orders from management but the people were not capable of making change. In my rough calculation the amount is $600-$700 but the fact the defendants have to date compensate me.

### E. ADMINISTRATIVE PROCEDURES

Effec

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    __X__ Yes (***You must attach a copy of the administrative charge to this complaint***)

    ____ No

Have you received a notice of right to sue? (*check one*)

    __X__ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ____ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

$ 21,000,000 Is what I am seeking in relief and the court to impose this amount for my wrongful termination, the discrimination that took place and Harassment, hostile environment, withholding of wages earned. Punitive damages should be granted because of the malicious manner the defendants actions were. The financial and personal stress on me and my family from trying to do what was right. And may the amount of relief be a deterrent for this to never happen again. I would like the court to have defendants change their Ethics committee they need independent 3 party without Wal-Mart's Influence.

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)
12\08\2021    12-8-2021
Effec

(Date)   12-8-21

(Form Revised December 2017)

Effec